**MADE JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA MESTAS, | CASE NO.: EDCV 10-1068-GW(OPx) |
|                 *Plaintiff,* | **ORDER DISMISSING ACTION WITH PREJUDICE** |
|    vs. | |
| TOYS "R" US-DELAWARE, INC., et al., | |
|                 *Defendants.* | |

IT IS HEREBY ORDERED that:

(1) The above-entitled action shall be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1);

(2) Each party shall bear its own attorney's fees and costs with respect to the dismissal of the above-entitled action;

(3) The hearing on Defendants' motion for summary judgment, currently set for March 21, 2010 at 8:30 a.m. is vacated.

DATED: March 28, 2011

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

2